I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
ATTEST
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey
By: _____
Deputy Clerk
12/23/2015

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION                    MDL No. 2672

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO –6)

On December 8, 2015, the Panel transferred 56 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2015). Since that time, no additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of December 8, 2015, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 18, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION                     MDL No. 2672

## SCHEDULE CTO-6 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 2 | 15-07020 | MINKINA et al v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-07035 | GHEZZI v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-07052 | STEIN v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-07053 | WILLIAMS et al v. VOLKSWAGEN GROUP OF AMERICA, INC. et al |
| NJ | 2 | 15-07060 | HAYASHI v. VOLKSWAGEN GROUP OF AMERICA, INC. et al. |
| NJ | 2 | 15-07079 | CUNNINGHAM v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-07081 | FORD et al v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-07085 | ARMSTRONG et al v. VOLKSWAGEN GROUP OF AMERICA, INC. et al |
| NJ | 2 | 15-07086 | STEELE v. VOLKSWAGEN GROUP OF AMERICA, INC. et al |
| NJ | 2 | 15-07106 | FIRMAN et al v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-07108 | BADEANLOU et al v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-07110 | PETERSON et al v. VOLKSWAGEN GROUP OF AMERICA, INC. et al |
| NJ | 2 | 15-07121 | HART et al v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-07122 | BRILLA v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-07123 | VEREZ v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-07131 | DRACHLER v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-07139 | CONTE v. VOLKSWAGEN GROUP OF AMERICA, INC. et al |
| NJ | 2 | 15-07140 | |

| | | | |
|---|---|---|---|
| | | | BRIER v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-07330 | FIORELLI et al v. VOLKSWAGEN GROUP OF AMERICA, INC. et al |
| NJ | 2 | 15-07336 | GIBBONS v. VOLKSWAGEN GROUP OF AMERICA INC. |
| NJ | 2 | 15-07339 | KLUCHINSKY v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-07352 | KLINKOV v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-07372 | GREENBERG et al v. VOLKSWAGEN GROUP OF AMERICA, INC. et al |
| NJ | 2 | 15-07377 | O'LEARY v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-07394 | G.T. LEASING, INC. v. VOLKSWAGEN GROUP OF AMERICA, INC. et al |
| NJ | 2 | 15-07408 | MUTARI et al v. VOLKSWAGEN GROUP OF AMERICA, INC. et al |
| NJ | 2 | 15-07457 | MARTIN et al v. VOLKSWAGEN GROUP OF AMERICA, INC. et al |
| NJ | 2 | 15-07495 | ROPE v. VOLKSWAGEN GROUP OF AMERICA INC. |
| NJ | 2 | 15-07506 | MORGAN v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-07549 | CLARKE et al v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-07577 | TRUONG et al v. VOLKSWAGEN GROUP OF AMERICA, INC. et al |
| NJ | 2 | 15-07581 | CLARK et al v. VOLKSWAGEN GROUP OF AMERICA, INC. et al |
| NJ | 2 | 15-07582 | SEIGELSTEIN et al v. VOLKSWAGEN GROUP OF AMERICA, INC. et al |
| NJ | 2 | 15-07596 | CHEN et al v. VOLKSWAGEN GROUP OF AMERICA, INC. et al |
| NJ | 2 | 15-07683 | CHRISTIANA v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-07751 | GARDINER et al v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-07758 | MOREAU v. VOLKSWAGEN GROUP OF AMERICA INC. et al |
| NJ | 2 | 15-07763 | RIMASSA et al v. VOLKSWAGEN GROUP OF AMERICA, INC. et al |
| NJ | 2 | 15-07899 | WOLF v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-07956 | STONE et al v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-08340 | CASTAGNA v. VOLKSWAGEN GROUP OF AMERICA, INC. |

| | | | |
|---|---|---|---|
| | | | HEPPARD v. VOLKSWAGEN GROUP OF AMERICA, INC., et al |
| NJ | 2 | 15-07141 | BACZEWSKI, et al v. VOLKSWAGEN GROUP OF AMERICA, INC. et al |
| NJ | 2 | 15-07142 | MONTANO v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-07155 | GOLDMAN et al v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-07174 | BAGERT v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-07175 | BARGER v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-07176 | BEHNCKE et al v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-07178 | UNDERWOOD v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-07179 | KLAHN v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-07183 | MANUEL-ADAMS et al v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-07184 | HUSSERL v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-07195 | CUA et al v. VOLKSWAGEN GROUP OF AMERICA, INC. et al |
| NJ | 2 | 15-07208 | PUGLISI et al v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-07219 | SPRINGFIELD v. VOLKSWAGEN GROUP OF AMERICA INC. |
| NJ | 2 | 15-07233 | BEITZ v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-07234 | GRECZYLO et al v. VOLKSWAGEN GROUP OF AMERICA, INC. et al |
| NJ | 2 | 15-07235 | KANNAPEL v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-07236 | MCKENNA et al v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-07237 | SPRAGUE v. VOLKSWAGEN GROUP OF AMERICA INC. |
| NJ | 2 | 15-07241 | SPIKER v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-07243 | COWELL v. VOLKSWAGEN GROUP OF AMERICA, INC. et al |
| NJ | 2 | 15-07251 | LEFKOWITZ et al v. VOLKSWAGEN GROUP OF AMERICA, INC. et al |
| NJ | 2 | 15-07257 | HEINZ et al v. VOLKSWAGEN GROUP OF AMERICA INC. et al |
| NJ | 2 | 15-07284 | ALLEN et al v. VOLKSWAGEN GROUP OF AMERICA, INC. et al |
| NJ | 2 | 15-07292 | SOLNICK et al v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-07293 | HALPER v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15-07297 | |